Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICHELLE MATHISON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINE UPTON and JOHN DOE UPTON, husband and wife and the marital community comprised thereof, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendants. | No. 2:18-cv-00064 RSL<br><br>STIPULATION AND ORDER FOR REMAND<br><br>**NOTED FOR CONSIDERATION:**<br>**January 25, 2018** |

## STIPULATION

The parties, by and through their undersigned counsel, enter this Stipulation as follows:

1. Plaintiff Michelle Mathison filed this lawsuit in Washington State Superior Court for King County claiming injuries arising from two separate accidents. The first accident occurred on October 27, 2014. Ms. Mathison alleged claims for personal injuries against Defendant Christine and John Doe Upton (the "Upton Defendants") arising from the first accident. The Upton Defendants have, in relevant part, denied the allegations. The second accident occurred on June 23, 2015, based upon which Ms. Mathison seeks underinsured motorist ("UIM") benefits from State Farm Mutual Automobile Insurance Company ("State Farm") in this lawsuit. State Farm has, in relevant part, denied the allegations.

STIPULATION AND ORDER FOR REMAND - 1
(No. 2:18-cv-00064 RSL)

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4841-2123-8618.1

2. Counsel for the Upton Defendants removed this action to this Court on June 16, 2018 (Dkt. #1) based upon diversity of citizenship because the parties were and are diverse and because counsel for the Upton Defendants believed in good faith that the amount in controversy exceeded $75,000. Counsel for State Farm consented to the removal (Dkt. # 5).

3. On Friday, January 19, 2018, Plaintiff's attorney James Prescott contacted counsel for the Upton Defendants, Donna Chamberlin, and stated his view that he did not believe that this case satisfied the amount in controversy minimum for removal based upon the Complaint and Plaintiff's Statement of Damages. Counsel generally discussed that whether the amount in controversy minimum had been met could be dependent upon whether Plaintiff Michelle Mathison was claiming joint and several liability as to the Defendants. The afore referenced attorneys agreed to research their respective positions and to reconvene in a conference after analyzing their respective positions.

4. During a second telephone conference on January 19, 2018, counsel for Plaintiff Michelle Mathison and for the Upton Defendants agreed as follows:

    a. Plaintiff Michelle Mathison is not and will not claim that the Upton Defendants on the one hand and Defendant State Farm on the other hand have joint and several liability for the damages claimed by Plaintiff Michelle Mathison in this action; instead, the two actions were joined in one action for convenience; and

    b. Plaintiff Michelle Mathison is not claiming that the amount in controversy as to the Upton Defendants exceeds $75,0000, and Plaintiff Michelle is not claiming that the amount in controversy as to Defendant State Farm exceeds $75,000.

5. Because Plaintiff Michelle Mathison is not claiming that the Upton Defendants and State Farm are jointly and severally liable and is limiting the damages claimed against the Upton Defendants on the one hand and State Farm on the other hand to less than $75,000, the parties agree that this case may be remanded to Washington State Superior Court for King

STIPULATION AND ORDER FOR REMAND - 2
(No. 2:18-cv-00064 RSL)

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4841-2123-8618.1

County pursuant to 28 U.S.C. § 1332, which sets the federal diversity jurisdiction minimum at greater than $75,000 exclusive of interests and costs.

6. IT IS SO STIPULATED by:

| | |
|---|---|
| DATED this 23rd day of January, 2018, | DATED this 23rd day of January, 2018, |
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **LAW OFFICE OF SAM ELDER PLLC** |

By: s/Donna M. Chamberlin
    Donna M. Chamberlin, WSBA No. 31227
    s/Heather M. Jensen
    Heather M. Jensen, WSBA No. 29635
    1111 Third Avenue, Suite 2700
    Seattle, Washington 98101
    Phone: (206) 436-2020
    Facsimile: (206) 436-2030
    Email: Heather.Jensen@lewisbrisbois.com
    Email: Donna.Chamberlin@lewisbrisbois.com

**Attorneys for Defendant Christine and John Doe Upton**

By: s/ Samuel J. Elder w/ permission
    Samuel J. Elder, Jr., WSBA No. 26085
    12716 NE 106th Lane
    Kirkland, Washington 98101
    Phone: (425) 999-8170
    Facsimile: (425) 999-8172
    Email: sam@samelderlaw.com

**Attorneys for Plaintiff Michelle Mathison**

DATED this 23rd day of January, 2018,

**LOCKNER, CROWLEY & KAY, INC., P.S.**

By: s/Karen M. Kay w/permission
    Karen M. Kay, WSBA No. 36765
    524 Tacoma Avenue, South
    Tacoma, Washington 98402
    Phone: (253) 383-4704
    Facsimile: (253)
    Email: Karen@524law.com

**Attorneys for Defendant State Farm Mutual Automobile Insurance Company**

//
//
//

STIPULATION AND ORDER FOR REMAND - 3
(No. 2:18-cv-00064 RSL)

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4841-2123-8618.1

## ORDER

IT IS SO ORDERED.

DATED this \_\_\_1st\_\_\_ day of ~~January~~ Feb., 2018.

_____
Robert S. Lasnik
United States District Court Judge

STIPULATION AND ORDER FOR REMAND - 4
(No. 2:18-cv-00064 RSL)

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4841-2123-8618.1